UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

FILED

SEP 2 0 2010

DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

No. 7:99-M-192

UNITED STATES OF AMERICA          )
                                  ) <u>ORDER ALLOWING DISMISSAL OF</u>
              v.                  ) <u>CRIMINAL INFORMATION AND</u>
                                  ) <u>WITHDRAWAL OF ARREST WARRANT</u>
      CRAIG L. CAMPBELL           )


Leave of court is granted for the filing of the foregoing
dismissal.

9-20-2010
DATE:

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE